FILED

SEP 15 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JIMMY ELIAS KARAM, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> And<br><br>STICHTING PENSIOENFONDS METAAL EN TECHNIEK; WYOMING RETIREMENT SYSTEM, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs - Appellants,<br><br> v.<br><br>CORINTHIAN COLLEGES, INC.; JACK D. MASSIMINO; PETER C. WALLER; MATTHEW A. OUIMET; KENNETH ORD,<br><br>    Defendants - Appellees. | No. 12-56723<br><br>D.C. No. 2:10-cv-06523-GHK-PJW Central District of California, Los Angeles<br><br><br>ORDER |

  Plaintiffs-Appellants' Motion to Vacate Oral Argument and Remand the Matter to the District Court is GRANTED.  This case is vacated from the October 10, 2014 Pasadena Calendar and remanded to the district court for the purpose of

considering Plaintiffs-Appellants' Rule 60(b) motion. The parties shall file a status report within 60 days.

>                    FOR THE COURT:
>
>                    MOLLY C. DWYER
>                    CLERK OF COURT
>
>                    By: Allison Fung
>                    Deputy Clerk